# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>          Plaintiff,<br><br>   v.<br><br>PINEDA, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-cv-01076-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 12) |

      Plaintiff Charles T. Davis ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed by order filed September 8, 2008, based on Plaintiff's failure to exhaust prior to filing suit. 42 U.S.C. § 1997e(a).

      On September 2, 2008, Plaintiff filed a motion seeking a preliminary injunction.[1] Because this action has been dismissed for failure to exhaust, the Court has no jurisdiction to issue any orders directed at remedying Plaintiff's conditions of confinement. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation</u>

///
///
///

---

[1] The motion was docketed on September 10, 2008. As a result, the Court was not aware it had been filed when it signed its dismissal order on September 6, 2008. Had the Court been aware of the motion, it would have been resolved concurrently with the dismissal, but it would not have altered the Court's decision to dismiss.

1  of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los
2  Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).  Plaintiff's motion is HEREBY DENIED.

4  IT IS SO ORDERED.

5  **Dated:   September 15, 2008**                     /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE