# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS, | CASE NO. 1:08-cv-01076-AWI-SMS PC |
|        Plaintiff, | ORDER STRIKING MOTION |
|   v. | (Doc. 20) |
| PINEDA, et al., | |
|        Defendants. | |

_____/

     Plaintiff Charles T. Davis ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was dismissed by order filed September 8, 2008, and on September 29, 2008, Plaintiff filed a notice of appeal.  On October 29, 2008, Plaintiff sent this court a copy of his motion requesting preliminary injunctive relief from the appellate court.

     Plaintiff should not send this court copies of his appellate filings.  The motion is HEREBY ORDERED STRICKEN from the court's docket.

IT IS SO ORDERED.

**Dated:   November 3, 2008**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE